IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERIC COOPER, individually and on behalf of all similarly situated, | No. 3:18-cv-01561-HZ |
| Plaintiff, | JUDGMENT |
| v. | |
| APPLIED INTEGRATED TECHNOLOGIES, INC., a foreign corporation, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED this 4th day of March, 2019.

    _____
    MARCO A. HERNÁNDEZ
    United States District Judge

1 - JUDGMENT